IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00562-RBJ-BNB

WALTER R. DIXON

     Plaintiff,

v.

RUIZ, and,
PEGGY HEIL

     Defendants.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 8, 2011 RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the November 8, 2011 Recommendation by Magistrate Judge Boyd N. Boland that defendant's Motion to Dismiss (#23) be granted, and that plaintiff's complaint be dismissed with prejudice. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation (#32). Despite this advisement, no objections to Magistrate Judge Boland's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

1

The Court has reviewed all the relevant pleadings concerning defendant's Motion to Dismiss and the Recommendation.  Based on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note.  Therefore, the Court ADOPTS the Recommendation of The United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge, Doc. # 32, is AFFIRMED and ADOPTED.  It is further ORDERED that defendant Motion to Dismiss, Doc. #23 be GRANTED and all claims asserted by plaintiff against said defendants are DISMISSED WITH PREJUDICE.

DATED this 30th day of January, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge